UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:09-cv-23857

BADIA SPICES, INC.,                             )
a Florida corporation,                          )
                                                )
            Plaintiff,                          )
                                                )
    vs.                                         )
                                                )
LISY CORP.,                                     )
a Delaware corporation,                         )
                                                )
                                                )
            Defendant.                          )
_____ )

**CERTIFICATE OF INTERESTED PARTIES**
**AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff, Badia Spices, Inc. ("Badia"), by and through undersigned counsel and pursuant to Fed.R.Civ.P. 7.1(a) and this Court's Order (D.E. #9), hereby files this Certificate of Interested Parties and Corporate Disclosure Statement as follows:

The following is a complete list of "any and all persons, associated persons, firms, partnerships, and/or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entitles related to a Party."  Order (D.E. #9) at 4:

    1.  Badia Spices, Inc.

    2.  Lisy Corp.

There are no parent corporations of Badia or publicly held corporations owning 10% or more of Badia's stock.

Said disclosure will be updated upon any change in the

information that the statement requires.

                                         Respectfully submitted,

Dated: February 22, 2010  By: s/Meredith Frank Mendez
       Miami, Florida           John Cyril Malloy, III
                                      Florida Bar No. 964,220
                                      jcmalloy@malloylaw.com
                                      Meredith Frank Mendez
                                      Florida Bar No. 502,235
                                      mmendez@malloylaw.com
                                      Malloy & Malloy, P.A.
                                      2800 S.W. 3rd Avenue
                                      Miami, FL 33129
                                      Telephone: (305) 858-8000
                                      Facsimile: (305) 858-0008

                                      Attorneys for Plaintiff,
                                      Badia Spices, Inc.

```
                 UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF FLORIDA
                   CASE NO. 1:09-cv-23857
```

BADIA SPICES, INC.,                           )
a Florida corporation,                        )
                                              )
            Plaintiff,                        )
                                              )
     vs.                                      )
                                              )
LISY CORP.,                                   )
a Delaware corporation,                       )
                                              )
                                              )
            Defendant.                        )
_____         )

## CERTIFICATE OF SERVICE

    I hereby certify that on February 22, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

```
                              By: s/Meredith Frank Mendez
                                  Meredith Frank Mendez
```

**SERVICE LIST**

BADIA SPICES, INC. v. LISY CORP.

Case No.: 1:09-cv-23857
United States District Court, Southern District of Florida

| | |
|---|---|
| John Cyril Malloy, III<br>U<jcmalloy@malloylaw.com>U<br>Meredith Frank Mendez<br><mmendez@malloylaw.com><br>MALLOY & MALLOY, P.A.<br>2800 S.W. 3rd Avenue<br>Miami, FL 33129<br>Telephone: (305) 858-8000<br>Facsimile: (305) 858-0008<br><br>Attorneys for Plaintiff<br>Notices of Electronic Filing<br>generated by<br>CM/ECF | Richard E. Mitchell, Esq.<br><rmitchell@gray-robinson.com><br>Karen L. Stetson, Esq.<br><karen.stetson@gray-robinson.com><br>Michael D. Porter, Esq.<br><mporter@gray-robinson.com><br>GRAYROBINSON, P.A.<br>1221 Brickell Avenue, Suite 1600<br>Miami, Florida 33131<br>Telephone: (305) 416-6880<br>Facsimile: (305) 416-6887<br><br>Local Counsel for Defendant<br>Notices of Electronic Filing<br>generated by<br>CM/ECF<br><br>and<br><br>Mitchell C. Stein, Esq.<br><mstein@sandw.com><br>SULLIVAN & WORCESTER LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone:(212) 660-3000<br>Facsimile:(212) 660-3001<br><br>Lead Trial Counsel for Defendant<br>Via U.S. Mail |