UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-23857-LENARD/TURNOFF

BADIA SPICES, INC., a Florida corporation,

    Plaintiff,

v.

LISY CORP., a Delaware corporation,

    Defendant.

_____/

<b><u>NOTICE OF APPEARANCE</u></b>

Karen L. Stetson, Esq. of the law firm of GrayRobinson, P.A. files her Notice of Appearance as Local Counsel on behalf of Defendant, Lisy Corp.

    Respectfully submitted

    GrayRobinson, P.A.
    Local Counsel for Defendant, Lisy Corp.
    1221 Brickell Avenue
    Suite 1600
    Miami, FL 33131
    Telephone: (305) 416-6880
    Facsimile: (305) 416-6887

    By: <u>/s/ Karen L. Stetson</u>
        Karen L. Stetson
        Florida Bar No. 742937
        kstetson@gray-robinson.com
        Richard E. Mitchell, Esq.
        *(Pending Pro Hac Vice admission)*
        Florida Bar No.: 0168092
        rmitchell@gray-robinson.com
        Michael D. Porter, Esq.
        Florida Bar No. 0031149
        mporter@gray-robinson.com

CASE NO. 09-23857-LENARD/TURNOFF

– and –

Sullivan & Worcester LLP
Attorneys for Lisy Corp.
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 660-3000
Facsimile:  (212) 660-3001


By: /s/ Mitchell C. Stein
    Mitchell C. Stein
    *(Pending Pro Hac Vice admission)*
    New York Bar No.: 2250546
    New Jersey Bar No.: 040751988
    mstein@sandw.com


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. District Electronic Filing system to: **JOHN CYRIL MALLOY, III, ESQ. and MEREDITH FRANK MENDEZ, ESQ.,** Malloy & Malloy, 2800 S.W. 3rd Avenue, Miami, FL 33129; by mail to: **RICHARD E. MITHCELL, ESQ. and MICHAEL D. PORTER, ESQ.,** *(pending Pro Hac Vice admission),* GrayRobinson, P.A., 301 East Pine Street, Suite 1400, Orlando, FL  32801; **MITCHELL C. STEIN, ESQ.,** *(pending Pro Hac Vice admission)* Sullivan & Worcester, LLP, 1290 Avenue of the Americas, New York, NY 10104 on this 26th day of February, 2010.

By:   /s/ Karen L. Stetson

2