

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 09-23857-LENARD/TURNOFF



BADIA SPICES, INC., a Florida
corporation,

        Plaintiff,

v.

LISY CORP., a Delaware corporation,

        Defendant.

_____/

## LISY CORP.'S UNOPPOSED MOTION FOR LIMITED APPEARANCE, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS

In accordance with Local Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission of Mitchell C. Stein of the law firm of Sullivan & Worcester LLP, 1290 Avenue of the Americas, New York, NY 10104, (212) 660-3000, for purposes of limited appearance as co-counsel on behalf of LISY CORP., in the above-styled case only, and pursuant to Rule 2B, Southern District of Florida, CM/ECF Administrative Procedures, to permit Mitchell C. Stein to receive electronic filings in this case, and in support thereof states as follows:

        1.      Mitchell C. Stein is not admitted to practice in the Southern District of Florida and is a member in good standing of the Bar of the State of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of New York, the Bar of the State of New Jersey and the United States District Court for the District of New Jersey.

2.     Movant Karen L. Stetson, Esquire, of the law firm of GrayRobinson, P.A., 1221 Brickell Avenue, Suite 1600, Miami, Florida 33131, (305) 416-6880, is a member in good standing of the Bar of the State of Florida and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3.     In accordance with the Local Rules of this Court, Mitchell C. Stein has made payment of this Court's $75.00 admission fee.  A certification in accordance with Rule 4B is attached hereto.

4.     Mitchell C. Stein, by and through designated counsel and pursuant to Section 2B, Southern District of Florida, CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Mitchell C. Stein at the following email address: mstein@sandw.com.

## **LOCAL RULE 7.1.A.3 CERTIFICATION**

Pursuant to Local Rule 7.1.A.3, counsel conferred in a good faith effort to resolve the issue raised in this motion and were able to reach agreement thereon.

**WHEREFORE**, Karen L. Stetson, Esq., moves this Court to enter an Order for Mitchell C. Stein to appear before this Court on behalf of LISY CORP., for all purposes relating to the

proceedings in the above-styled matter and directing the Clerk to provide Notice of Electronic

Filings to Mitchell C. Stein.

Respectfully submitted

GrayRobinson, P.A.
Local Counsel for Defendant, Lisy Corp.
1221 Brickell Avenue
Suite 1600
Miami, FL 33131
Telephone: (305) 416-6880
Facsimile:  (305) 416-6887

By: _____
Karen L. Stetson
Florida Bar No. 742937
kstetson@gray-robinson.com
Richard E. Mitchell, Esq.
*(Pending Pro Hac Vice admission)*
Florida Bar No.: 0168092
rmitchell@gray-robinson.com
Michael D. Porter, Esq.
Florida Bar No. 0031149
mporter@gray-robinson.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished

via U.S. Mail to: **JOHN CYRIL MALLOY, III, ESQ. and MEREDITH FRANK MENDEZ,**

**ESQ.,** Malloy & Malloy, 2800 S.W. 3rd Avenue, Miami, FL 33129; **RICHARD E.**

**MITCHELL, ESQ. and MICHAEL D. PORTER, ESQ.,** *(pending Pro Hac Vice admission),*

GrayRobinson, P.A., 301 East Pine Street, Suite 1400, Orlando, FL 32801on this _3_ day of

March, 2010.

By:_____
Karen L. Stetson

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.:   1:09-cv-23857-LENARD/TURNOFF

**BADIA SPICES, INC.,** a Florida
corporation,

   **Plaintiff,**

 **v.**

**LISY CORP.,** a Delaware corporation,

   **Defendant.**
_____/

## CERTIFICATION OF MITCHELL C. STEIN, ESQUIRE

   Mitchell C. Stein, Esquire, pursuant to Rule 4B of the Special Rules Governing the

Admission and Practice of Attorneys, hereby certifies that:  (1) I have studied the Local Rules of

the United States District Court for the Southern District of Florida; and (2) I am a member in

good standing of the Bar of the State of New York, the United States District Court for the

Eastern District of New York, the United States District Court for the Southern District of New

York, the Bar of the State of New Jersey and the United States District Court for the District of

New Jersey.

                    

MITCHELL C. STEIN, ESQ.
New York Bar No.: 2250546
New Jersey Bar No.: 040751988
mstein@sandw.com
Sullivan & Worcester LLP
1290 Avenue of the Americas
New York, New York 10104
(212) 660-3000 Telephone
(212) 660-3001 Facsimile
Lead Trial Counsel for Defendant, Lisy Corp.

4

CSDNY (11/99) Certificate of Good Standing

# United States District Court

## Southern District of New York

### Certificate of
### Good Standing

I, J. Michael McMahon, Clerk of this Court, certify that

MITCHELL  C.  STEIN _____ , Bar #____ MS3118 _____

was duly admitted to practice in this Court on

MARCH 26th, 1991 _____ , and is in good standing

as a member of the Bar of this Court.

Dated at   500 Pearl Street
New York, New York      on   FEBRUARY 25TH, 2010 _____

J. Michael McMahon      by _____
Clerk                        Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.:    1:09-CV-23857-LENARD/TURNOFF

**BADIA SPICES, INC.,** a Florida
corporation,

    **Plaintiff,**

  v.

**LISY CORP.,** a Delaware corporation,

    **Defendant.**

              /

## ORDER GRANTING MOTION FOR LIMITED APPEARANCE OF MITCHELL C. STEIN, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

   THIS CAUSE having come before the Court on the Motion for Limited Appearance of Mitchell C. Stein and Consent to Designation requesting, pursuant to Local Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida, permission for a limited appearance of Mitchell C. Stein in this matter and request to electronically receive Notice of Electronic Filings. This Court having considered the motion and all other relevant factors, it is hereby

   ORDERED AND ADJUDGED that:

   The Motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings is GRANTED.   Mitchell C. Stein is granted leave to appear and participate in this action on behalf of LISY CORP.  The Clerk shall provide electronic notification of all electronic filings to Mitchell C. Stein at mstein@sandw.com.

CASE NO.:  1:09-CV-23857-LENARD/TURNOFF

**DONE AND ORDERED** in Chambers in Miami, Florida this ____ day of February, 2010.

_____
**HONORABLE JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**

2

CASE NO.:  1:09-CV-23857-LENARD/TURNOFF

## SERVICE LIST

*Badia Spices, Inc. v. Lisy Corp.*
Case No.:      1:09-CV-23857-LENARD/TURNOFF
United States District Court, Southern District of Florida

**JOHN CYRIL MALLOY, III, ESQ.**
jcmalloy@malloylaw.com
**MEREDITH FRANK MENDEZ, ESQ.**
mmendez@malloylaw.com
Malloy & Malloy
2800 SW 3rd Avenue
Miami, FL 33129
(305) 858-8000  Telephone
(305) 858-0008  Facsimile
Counsel for Plaintiff, Badia Spices, Inc.
Notice of Electronic Filing

**RICHARD E. MITCHELL, ESQ.**
rmitchell@gray-robinson.com
**KAREN L. STETSON, ESQ.**
karen.stetson@gray-robinson.com
**MICHAEL D. PORTER, ESQ.**
mporter@gray-robinson.com
GrayRobinson, P.A.
1221 Brickell Avenue, Suite 1600
Miami, Florida 33131
(305) 416-6880  Telephone
(305) 416-6887  Facsimile
Local Counsel for Defendant, Lisy Corp.
Notice of Electronic Filing

**MITCHELL C. STEIN, ESQ.**
mstein@sandw.com
Sullivan & Worcester LLP
1290 Avenue of the Americas
New York, New York 10104
(212) 660-3000 Telephone
(212) 660-3001 Facsimile
Lead Trial Counsel for Defendant,
Lisy Corp.
Notice by Electronic Mail