FILING FEE
PAID $75.00
Pro hac 10 I 8 U 34
Vice Steven M. Larimore, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:   09-23857-LENARD/TURNOFF

BADIA SPICES, INC., a Florida
corporation,

        Plaintiff,

v.

LISY CORP., a Delaware corporation,

        Defendant.

_____/



FILED by _____ D.C.

MAR 0 3 2010

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

## LISY CORP.'S UNOPPOSED MOTION FOR LIMITED APPEARANCE, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS

In accordance with Local Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission of Richard E. Mitchell of the law firm of GrayRobinson, P.A., 301 East Pine Street, Suite 1400, Orlando, Florida 32801, (407) 843-8880, for purposes of limited appearance as co-counsel on behalf of LISY CORP., in the above-styled case only, and pursuant to Rule 2B, Southern District of Florida, CM/ECF Administrative Procedures, to permit Richard E. Mitchell to receive electronic filings in this case, and in support thereof states as follows:

1.     Richard E. Mitchell is not admitted to practice in the Southern District of Florida and is a member in good standing of the Bar of the State of Florida and the United States District Court for the Middle District of Florida.

2.     Movant Karen L. Stetson, Esquire, of the law firm of GrayRobinson, P.A., 1221 Brickell Avenue, Suite 1600, Miami, Florida 33131, (305) 416-6880, is a member in good standing of the Bar of the State of Florida and the United States District Court for the Southern

CASE NO.: 09-23857-LENARD/TURNOFF

District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3.      In accordance with the Local Rules of this Court, Richard E. Mitchell has made payment of this Court's $75.00 admission fee. A certification in accordance with Rule 4B is attached hereto.

4.      Richard E. Mitchell, by and through designated counsel and pursuant to Section 2B, Southern District of Florida, CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Richard E. Mitchell at the following email address: rick.mitchell@gray-robinson.com.

<strong><u>LOCAL RULE 7.1.A.3  CERTIFICATION</u></strong>

Pursuant to Local Rule 7.1.A.3, counsel conferred in a good faith effort to resolve the issue raised in this motion and were able to reach agreement thereon.

**WHEREFORE**, Karen L. Stetson, moves this Court to enter an Order for Richard E. Mitchell to appear before this Court on behalf of LISY CORP., for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide Notice of Electronic Filings to Richard E. Mitchell.

Respectfully submitted this _3rd_ day of March, 2010.

CASE NO.: 09-23857-LENARD/TURNOFF

Respectfully submitted

GrayRobinson, P.A.
Local Counsel for Defendant, Lisy Corp.
1221 Brickell Avenue
Suite 1600
Miami, FL 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887

By: _____
       Karen L. Stetson
       Florida Bar No. 742937
       kstetson@gray-robinson.com
       Michael D. Porter, Esq.
       Florida Bar No. 0031149
       mporter@gray-robinson.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via U.S. Mail to: **JOHN CYRIL MALLOY, III, ESQ. and MEREDITH FRANK MENDEZ, ESQ.,** Malloy & Malloy, 2800 S.W. 3rd Avenue, Miami, FL 33129; **MICHAEL D. PORTER, ESQ.,** *(pending Pro Hac Vice admission),* GrayRobinson, P.A., 301 East Pine Street, Suite 1400, Orlando, FL  32801; **MITCHELL C. STEIN, ESQ.,** *(pending Pro Hac Vice admission)* Sullivan & Worcester, LLP, 1290 Avenue of the Americas, New York, NY 10104 on this *3* day of March, 2010.

By: _____
       Karen L. Stetson

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.:   1:09-CV-23857-LENARD/TURNOFF

**BADIA SPICES, INC.,** a Florida
corporation,

        **Plaintiff,**

  v.

**LISY CORP.,** a Delaware corporation,

        **Defendant.**

_____/

## CERTIFICATION OF RICHARD E. MITCHELL, ESQUIRE

Richard E. Mitchell, Esquire, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that:  (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the Bar of the State of Florida and the United States District Court for the Middle District of Florida.

RICHARD E. MITCHELL, ESQ.
Florida Bar No.: 0168092
rick.mitchell@gray-robinson.com
GrayRobinson, P.A.
1221 Brickell Avenue, Suite 1600
Miami, Florida 33131
(305) 416-6880  Telephone
(305) 416-6887  Facsimile
Local Counsel for Defendant, Lisy Corp.



# The Florida Bar

**JOHN F. HARKNESS, JR.**
**EXECUTIVE DIRECTOR**

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
WWW.FLORIDABAR.ORG

State of Florida          )

County of Leon          )

In Re:     168092
Richard E. Mitchell
GrayRobinson, P.A.
P.O. Box 3068
Orlando, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on April 28, 1999.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this   22nd   day of February, 2010.

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/ECM9:R10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.:   1:09-CV-23857-LENARD/TURNOFF

BADIA SPICES, INC., a Florida
corporation,

          Plaintiff,

v.

LISY CORP., a Delaware corporation,

          Defendant.

_____/

ORDER GRANTiNG MOTION FOR LIMITED APPEARANCE OF
RICHARD E. MITCHELL, CONSENT TO DESIGNATION AND REQUEST
TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion for Limited Appearance of

Richard E. Mitchell, Esq. and Consent to Designation requesting, pursuant to Local Rule 4B of

the Special Rules Governing the Admission and Practice of Attorneys in the United States

District Court for the Southern District of Florida, permission for a limited appearance of

Richard E. Mitchell, Esq. in this matter and request to electronically receive Notice of Electronic

Filings. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion for Limited Appearance, Consent to Designation and Request to

Electronically Receive Notices of Electronic Filings is GRANTED. Richard E. Mitchell, Esq. is

granted leave to appear and participate in this action on behalf of LISY CORP. The Clerk shall

provide electronic notification of all electronic filings to Richard E. Mitchell, at

rick.mitchell@gray-robinson.com.

**DONE AND ORDERED** in Chambers in Miami, Florida this _____ day of February,

2010.

_____

**HONORABLE JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**

2

## SERVICE LIST

*Badia Spices, Inc. v. Lisy Corp.*
Case No.:      1:09-CV-23857-LENARD/TURNOFF
United States District Court, Southern District of Florida

**JOHN CYRIL MALLOY, III, ESQ.**
jcmalloy@malloylaw.com
**MEREDITH FRANK MENDEZ, ESQ.**
mmendez@malloylaw.com
Malloy & Malloy
2800 SW 3rd Avenue
Miami, FL 33129
(305) 858-8000  Telephone
(305) 858-0008  Facsimile
Counsel for Plaintiff, Badia Spices, Inc.
Notice of Electronic Filing

**RICHARD E. MITCHELL, ESQ.**
rmitchell@gray-robinson.com
**KAREN L. STETSON, ESQ.**
karen.stetson@gray-robinson.com
**MICHAEL D. PORTER, ESQ.**
mporter@gray-robinson.com
GrayRobinson, P.A.
1221 Brickell Avenue, Suite 1600
Miami, Florida 33131
(305) 416-6880  Telephone
(305) 416-6887  Facsimile
Local Counsel for Defendant, Lisy Corp.
Notice of Electronic Filing

**MITCHELL C. STEIN, ESQ.**
mstein@sandw.com
Sullivan & Worcester LLP
1290 Avenue of the Americas
New York, New York 10104
(212) 660-3000 Telephone
(212) 660-3001 Facsimile
Lead Trial Counsel for Defendant, Lisy Corp.
Notice by Electronic Mail

# 2990087 v1