**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 09-23857-CIV-LENARD/TURNOFF**

**BADIA SPICES, INC., a Florida corporation**,

       Plaintiff,

vs.

**LISY CORP., a Delaware corporation**,

       Defendant.

_____/

**ORDER GRANTING MOTIONS FOR LIMITED APPEARANCE**

       **THIS CAUSE** is before the Court on the motion of **Mitchell C. Stein** and

**Richard E. Mitchell**, for limited appearance, (D.E. #'s 12 and 13, respectively), filed March 3,

2010.  The Court has reviewed the motion and it appears that Movants has complied with the

requirements of Rule 4.b., Special Rules governing the Admission and Practice of Attorneys,

Local Rules of the United States District Court for the Southern District of Florida.  It is hereby

       **ORDERED AND ADJUDGED** that **Mitchell C. Stein** and **Richard E. Mitchell** may

appear as co-counsel for Defendant LISY CORP.  The following attorney, who maintains an

office in this District, is designated and approved as local counsel with whom the Court and

opposing counsel can readily communicate regarding the conduct of the case and upon whom

papers shall be served:

       Karen L. Stetson, Esq.
       GrayRobinson, P.A.
       1221 Brickell Avenue, Suite 1600
       Miami, FL 33131

Case No. 09-23857-CIV-LENARD/TURNOFF

**DONE AND ORDERED** in Chambers at Miami, Florida this 4th day of March, 2010.

JOAN A. LENARD
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:    Magistrate Judge William C. Turnoff
                        Counsel of record