UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 1:09-CV-23857-LENARD/TURNOFF

**BADIA SPICES, INC.,** a Florida corporation,

    **Plaintiff,**

v.

**LISY CORP.,** a Delaware corporation,

    **Defendant.**

_____/

## NOTICE OF PENDENCY OF RELATED ACTIONS

In accordance with Local Rule 3.8, Lisy Corp. hereby certifies that the instant action:

   **X**  IS    related to the following pending civil cases filed in this Court as indicated below:

*Badia Spices, Inc. v. Goya Foods, Inc.,* Case No. 1:09-cv-23615-JLK (S.D. Fla.) (trademark/copyright infringement action by same plaintiff alleging infringement of same trademarks, copyright and trade dress as alleged in the instant action); and

*Goya Foods, Inc. v. Badia Spices, Inc.,* Case No. 1:10-cv-20233-JLK (S.D. Fla.) (declaratory judgment action seeking declaration of non-infringement of same trademarks, copyright and trade dress alleged to be infringed in the instant action).

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF RELATED ACTIONS upon each party no later than eleven days after appearance of the party.

Respectfully submitted this 5th day of March, 2010.

                                     **/s/ MICHAEL D. PORTER**
                                     RICHARD E. MITCHELL, ESQ.
                                     Florida Bar No.: 0168092
                                     rmitchell@gray-robinson.com
                                     KAREN L. STETSON, ESQ.
                                     Florida Bar No.: 0742937
                                     karen.stetson@gray-robinson.com

CASE NO.:  1:09-CV-23857-LENARD/TURNOFF

>MICHAEL D. PORTER, ESQ.
>Florida Bar No. 0031149
>mporter@gray-robinson.com
>GrayRobinson, P.A.
>1221 Brickell Avenue, Suite 1600
>Miami, Florida 33131
>(305) 416-6880  Telephone
>(305) 416-6887  Facsimile
>Local Counsel for Defendant Lisy Corp.
>
>– and –
>
>MITCHELL C. STEIN, ESQ.
>New York Bar No.: 2250546
>New Jersey Bar No.: 040751988
>mstein@sandw.com
>Sullivan & Worcester LLP
>1290 Avenue of the Americas
>New York, New York 10104
>(212) 660-3000 Telephone
>(212) 660-3001 Facsimile
>Lead Trial Counsel for Defendant, Lisy Corp.

### CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of March, 2010, I filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

>/s/ MICHAEL D. PORTER
>MICHAEL D. PORTER, ESQ.

CASE NO.: 1:09-CV-23857-LENARD/TURNOFF

## SERVICE LIST

*Badia Spices, Inc. v. Lisy Corp.*
Case No.:    1:09-CV-23857-LENARD/TURNOFF
United States District Court, Southern District of Florida

| | |
|---|---|
| **JOHN CYRIL MALLOY, III, ESQ.**<br>jcmalloy@malloylaw.com<br>**MEREDITH FRANK MENDEZ, ESQ.**<br>mmendez@malloylaw.com<br>Malloy & Malloy<br>2800 SW 3rd Avenue<br>Miami, FL 33129<br>(305) 858-8000  Telephone<br>(305) 858-0008  Facsimile<br>Counsel for Plaintiff, Badia Spices, Inc.<br>Notice of Electronic Filing | **RICHARD E. MITCHELL, ESQ.**<br>rmitchell@gray-robinson.com<br>**KAREN L. STETSON, ESQ.**<br>karen.stetson@gray-robinson.com<br>**MICHAEL D. PORTER, ESQ.**<br>mporter@gray-robinson.com<br>GrayRobinson, P.A.<br>1221 Brickell Avenue, Suite 1600<br>Miami, Florida 33131<br>(305) 416-6880  Telephone<br>(305) 416-6887  Facsimile<br>Local Counsel for Defendant, Lisy Corp.<br>Notice of Electronic Filing<br><br>**MITCHELL C. STEIN, ESQ.**<br>mstein@sandw.com<br>Sullivan & Worcester LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>(212) 660-3000 Telephone<br>(212) 660-3001 Facsimile<br>Lead Trial Counsel for Defendant, Lisy Corp.<br>Notice of Electronic Filing |

\147602\1 - # 3041962 v1