UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 1:09-CV-23857-LENARD/TURNOFF

**BADIA SPICES, INC.,** a Florida corporation,

      **Plaintiff,**

v.

**LISY CORP.,** a Delaware corporation,

      **Defendant.**
_____/

**DEFENDANT LISY CORP.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Defendant Lisy Corp., pursuant to the Court's Order Directing Parties to file Certificates of Interested Parties, hereby notifies the Court as follows:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have a financial interest in the outcome of this case, inducing subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entitles related to a Party.

    A. Badia Spices, Inc. (Plaintiff);

    B. Lisy Corp. (Defendant);

    C. Lisy Holdings, LLC (Parent Company for Lisy Corp.);

    D. Lisy, LLC (Subsidiary of Lisy Corp.);

    E. El Chilar-Huff, LLC (Subsidiary of Lisy Corp.);

    F. Huff Asset Management Co., LLC (Conglomerate related to Lisy Corp.);

    G. WRH Partners II, LLC (Conglomerate related to Lisy Corp.);

    H. John Cyril Malloy and Meredith Frank Mendez, Mallory & Mallory, Counsel for Badia Spices, Inc.;

CASE NO.: 1:09-CV-23857-LENARD/TURNOFF

    I.      Mitchell C. Stein, Sullivan & Worcester LLP, Lead Trial Counsel for Lisy Corp.; and

    J.      Richard E. Mitchell, Karen L. Stetson and Michael D. Porter, GrayRobinson, P.A., Local Counsel for Lisy Corp.

Respectfully submitted this 5th day of March, 2010.

/s/ MICHAEL D. PORTER
RICHARD E. MITCHELL, ESQ.
Florida Bar No.: 0168092
rmitchell@gray-robinson.com
KAREN L. STETSON, ESQ.
Florida Bar No.:0742937
karen.stetson@gray-robinson.com
MICHAEL D. PORTER, ESQ.
Florida Bar No.: 0031149
mporter@gray-robinson.com
GrayRobinson, P.A.
1221 Brickell Avenue, Suite 1600
Miami, Florida 33131
(305) 416-6880  Telephone
(305) 416-6887  Facsimile
Local Counsel for Defendant Lisy Corp.

– and –

MITCHELL C. STEIN, ESQ.
New York Bar No.: 2250546
New Jersey Bar No.: 040751988
mstein@sandw.com
Sullivan & Worcester LLP
1290 Avenue of the Americas
New York, New York 10104
(212) 660-3000 Telephone
(212) 660-3001 Facsimile
Lead Trial Counsel for Defendant, Lisy Corp.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of March, 2010, I filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ MICHAEL D. PORTER
MICHAEL D. PORTER, ESQ.

CASE NO.: 1:09-CV-23857-LENARD/TURNOFF

## SERVICE LIST

*Badia Spices, Inc. v. Lisy Corp.*
Case No.:   1:09-CV-23857-LENARD/TURNOFF
United States District Court, Southern District of Florida

**JOHN CYRIL MALLOY, III, ESQ.**
jcmalloy@malloylaw.com
**MEREDITH FRANK MENDEZ, ESQ.**
mmendez@malloylaw.com
Malloy & Malloy
2800 SW 3rd Avenue
Miami, FL 33129
(305) 858-8000  Telephone
(305) 858-0008  Facsimile
Counsel for Plaintiff, Badia Spices, Inc.
Notice of Electronic Filing

**RICHARD E. MITCHELL, ESQ.**
rmitchell@gray-robinson.com
**KAREN L. STETSON, ESQ.**
karen.stetson@gray-robinson.com
**MICHAEL D. PORTER, ESQ.**
mporter@gray-robinson.com
GrayRobinson, P.A.
1221 Brickell Avenue, Suite 1600
Miami, Florida 33131
(305) 416-6880  Telephone
(305) 416-6887  Facsimile
Local Counsel for Defendant, Lisy Corp.
Notice of Electronic Filing

**MITCHELL C. STEIN, ESQ.**
mstein@sandw.com
Sullivan & Worcester LLP
1290 Avenue of the Americas
New York, New York 10104
(212) 660-3000 Telephone
(212) 660-3001 Facsimile
Lead Trial Counsel for Defendant, Lisy Corp.
Notice of Electronic Filing

# 2990025 v1