```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                      CASE NO. 1:09-cv-23857
```

|  |  |
|---|---|
| BADIA SPICES, INC.,<br>a Florida corporation, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) |
| LISY CORP.,<br>a Delaware corporation, | )<br>)<br>) |
| Defendant.<br>_____ | )<br>)<br>) |

## NOTICE OF PENDENCY OF OTHER ACTION

Plaintiff, Badia Spices, Inc. ("Badia"), by and through undersigned counsel and pursuant to this Court's Order (D.E. #9) and Local Rule 3.8, hereby files this Notice of Pendency of Other Action and states as follows:

Pursuant to the Court's Order dated February 18, 2010(D.E. #9), each party is required to "identify and describe any action that . . . concerns substantially similar factual allegations and legal issues."  In an abundance of caution, to the extent the Court may deem that the following action "concerns substantially similar factual allegations and legal issues," Badia identifies consolidated action, Case Nos. 09-23615-JLK and 10-20233-JLK, ") styled *Badia Spices, Inc. v Goya Foods, Inc.* (the "Goya Action").

In the Goya Action, Badia filed a complaint against Goya Foods, Inc. ("Goya") for trademark infringement, trade dress infringement, false designation of origin, false description or

representation, unfair competition and copyright infringement in connection with Goya's use of the "SAZONADOR TOTAL" and "COMPLETE SEASONING" marks, trade dress and product labels. Goya has answered and filed a counterclaim for cancellation of Badia's "SAZON COMPLETA" and "COMPLETE SEASONING" trademark registrations and for infringement of Goya's trade dress of another product called "Adobo." In addition, Goya filed a declaratory action for non-infringement and invalidity of Badia's "SAZON COMPLETA" and "COMPLETE SEASONING" marks, trade dress and copyrighted labels.

The instant action against Lisy Corp. ("Lisy") is for trademark infringement, trade dress infringement, false designation of origin, false description or representation, unfair competition and copyright infringement in connection with Lisy's use of the "SAZON COMPLETA" and "COMPLETE SEASONING" marks, trade dress and product labels, which are different marks, trade dress and labels compared to the Goya Action. Lisy has answered and filed a counterclaim against Badia for cancellation of Badia's "SAZON COMPLETA" and "COMPLETE SEASONING" trademark registrations.

Respectfully submitted,

Dated: March 5, 2010
     Miami, Florida

By: s/Meredith Frank Mendez
John Cyril Malloy, III
Florida Bar No. 964,220
jcmalloy@malloylaw.com
Meredith Frank Mendez
Florida Bar No. 502,235
mmendez@malloylaw.com
MALLOY & MALLOY, P.A.

```
                                        2800 S.W. Third Avenue
                                        Miami, Florida  33129
                                        Telephone (305) 858-8000
                                        Facsimile (305) 858-0008

                                        Attorneys for Plaintiff,
                                        Badia Spices, Inc.
```

```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                       CASE NO. 1:09-cv-23857
```

BADIA SPICES, INC.,                         )
a Florida corporation,                      )
                                            )
            Plaintiff,                      )
                                            )
    vs.                                     )
                                            )
LISY CORP.,                                 )
a Delaware corporation,                     )
                                            )
                                            )
            Defendant.                      )
_____ )

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 5, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

                                    By: <u>s/Meredith Frank Mendez</u>
                                         Meredith Frank Mendez

**SERVICE LIST**

BADIA SPICES, INC. v. LISY CORP.

Case No.: 1:09-cv-23857
United States District Court, Southern District of Florida

John Cyril Malloy, III
jcmalloy@malloylaw.comU
Meredith Frank Mendez
mmendez@malloylaw.com
MALLOY & MALLOY, P.A.
2800 S.W. 3rd Avenue
Miami, FL 33129
Telephone: (305) 858-8000
Facsimile: (305) 858-0008

Attorneys for Plaintiff
Notices of Electronic Filing
generated by
CM/ECF

Richard E. Mitchell, Esq.
rmitchell@gray-robinson.com
Karen L. Stetson, Esq.
karen.stetson@gray-robinson.com
Michael D. Porter, Esq.
mporter@gray-robinson.com
GRAYROBINSON, P.A.
1221 Brickell Avenue, Suite 1600
Miami, Florida 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887

Local Counsel for Defendant
Notices of Electronic Filing
generated by
CM/ECF

and

Mitchell C. Stein, Esq.
mstein@sandw.com
SULLIVAN & WORCESTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:(212) 660-3000
Facsimile:(212) 660-3001

Lead Trial Counsel for Defendant
Notices of Electronic Filing
generated by
CM/ECF