```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                       CASE NO. 1:09-cv-23857
```

BADIA SPICES, INC.,                        )
a Florida corporation,                     )
                                           )
    Plaintiff/CounterDefendant,            )
                                           )
    vs.                                    )
                                           )
LISY CORP.,                                )
a Delaware corporation,                    )
                                           )
    Defendant/CounterPlaintiff.            )
_____)

## ANSWER AND AFFIRMATIVE DEFENSES

Plaintiff/CounterDefendant, Badia Spices, Inc. ("Badia") by and through undersigned counsel, hereby file its answer and affirmative defenses to Defendant/CounterPlaintiff Lisy Corp.'s ("Lisy") Counterclaim and states as follows:

1.  Badia admits that this purports to be a Counterclaim for cancellation of U.S. Trademark Registration Nos. 2,885,777 and 2,896,679 for the "SAZON COMPLETA" and "COMPLETE SEASONING" trademarks pursuant to Section 4 of the Lanham Act, 15 U.S.C. §1064 but denies that Badia's "SAZON COMPLETA" and "COMPLETE SEASONING" marks are subject to cancellation, have become the generic name for the goods for which the marks were registered, and have been abandoned.

2.  Badia admits that this Court has jurisdiction over Lisy's Counterclaim.

3. Badia admits the allegations contained in paragraph 3 of Lisy's Counterclaim.

4. Badia admits that venue is proper in this District.

5. Badia is without sufficient knowledge as to the truth of the allegations contained in paragraph 5 of Lisy's Counterclaim, and therefore denies same.

6. Badia admits the allegations contained in paragraph 6 of Lisy's Counterclaim.

7. Badia re-alleges and incorporates by reference its responses to paragraphs 1 through 6 of Lisy's Counterclaim.

8. Badia admits the allegations contained in paragraph 8 of Lisy's Counterclaim.

9. Badia admits the allegations contained in paragraph 9 of Lisy's Counterclaim.

10. Badia admits the allegations contained in paragraph 10 of Lisy's Counterclaim.

11. Badia denies the allegations contained in paragraph 11 of Lisy's Counterclaim.

12. Badia denies the allegations contained in paragraph 12 of Lisy's Counterclaim. Badia admits that Exhibits 1, 2 and 3 purport to be copies of pages from Badia's website www.badia-spices.com.

13. Badia denies the allegations contained in paragraph 13 of Lisy's Counterclaim.

14. Badia denies the allegations contained in paragraph 14 of Lisy's Counterclaim.

15. Badia admits that it displays its "COMPLETE SEASONING" and "SAZON COMPLETA" marks and other products such as Allspice/Pimienta Dulce, Bay Leaves/Laurel en Hojas and Celery Salt/Sal de Ajo on its labels in both English and Spanish, but denies the allegations of paragraph 15 of Lisy's Counterclaim that Badia's "COMPLETE SEASONING" and "SAZON COMPLETA" marks are generic. Badia admits that Exhibit 4 purports to be copies of pages from Badia's website www.badia-spices.com.

16. Badia admits that there are various unauthorized and infringing third party users of Badia's "COMPLETE SEASONING" and "SAZON COMPLETA" marks, but denies the allegations contained in paragraph 16 of Lisy's Counterclaim that such third parties use the terms "COMPLETE SEASONING" and "SAZON COMPLETA" to describe their spice products.  Badia admits that Exhibit 5 purports to be copies of unauthorized and infringing third party users of Badia's "COMPLETE SEASONING" and "SAZON COMPLETA" marks.

17. Badia denies the allegations contained in paragraph 17 of Lisy's Counterclaim.

18. Badia re-alleges and incorporates by reference its responses to paragraphs 1 through 17 of Lisy's Counterclaim.

19. Badia admits that the Court has authority to cancel trademarks registrations pursuant to 15 U.S.C. §1119, but denies

3

that Badia's "COMPLETE SEASONING" and "SAZON COMPLETA" marks are subject to cancellation.

20.   Badia denies the allegations contained in paragraph 20 of Lisy's Counterclaim.

21.   Badia denies the allegations contained in paragraph 21 of Lisy's Counterclaim.

22.   Badia denies that its "COMPLETE SEASONING" and "SAZON COMPLETA" registrations are subject to cancellation pursuant to Section 14 of the Lanham Act, 15 U.S.C. §1064.

23.   Badia re-alleges and incorporates by reference its responses to paragraphs 1 through 17 of Lisy's Counterclaim.

24.   Badia denies the allegations contained in paragraph 24 of Lisy's Counterclaim.

25.   Badia denies that it has abandoned all federal and state trademark rights in and to the "COMPLETE SEASONING" and "SAZON COMPLETA" marks and registrations.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

1.   Badia's "COMPLETE SEASONING" mark, U.S. Registration No. 2,885,777 is incontestable and is therefore, conclusive evidence of its validity.

### Second Affirmative Defense

2.   Badia's "SAZON COMPLETA" mark, U.S. Registration No. 2,896,679 is incontestable and is therefore, conclusive evidence of

its validity.

### Third Affirmative Defense

3. Badia's certificate of registration for its "COMPLETE SEASONING" mark, U.S. Registration No. 2,885,777, constitutes prima facie evidence that the mark is valid.

### Fourth Affirmative Defense

4. Badia's certificate of registration for its "SAZON COMPLETA" mark, U.S. Registration No. 2,896,679, constitutes prima facie evidence that the mark is valid.

### Fifth Affirmative Defense

5. Badia has successfully policed its "COMPLETE SEASONING" and "SAZON COMPLETA" marks and engaged in numerous enforcement actions and efforts against unauthorized and infringing users of its "COMPLETE SEASONING" and "SAZON COMPLETA" marks.

Respectfully submitted,

Dated: March 8, 2010
     Miami, Florida

By: s/Meredith Frank Mendez
John Cyril Malloy, III
Florida Bar No. 964,220
jcmalloy@malloylaw.com
Meredith Frank Mendez
Florida Bar No. 502,235
mmendez@malloylaw.com
MALLOY & MALLOY, P.A.
2800 S.W. Third Avenue
Miami, Florida  33129
Telephone (305) 858-8000
Facsimile (305) 858-0008

Attorneys for Plaintiff/CounterDefendant,
Badia Spices, Inc.

5

```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                      CASE NO. 1:09-cv-23857
```

BADIA SPICES, INC.,                        )
a Florida corporation,                     )
                                           )
     Plaintiff/CounterDefendant,           )
                                           )
     vs.                                   )
                                           )
LISY CORP.,                                )
a Delaware corporation,                    )
                                           )
     Defendant/CounterPlaintiff.           )
_____    )

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

                              By: s/Meredith Frank Mendez
                                  Meredith Frank Mendez

**SERVICE LIST**

BADIA SPICES, INC. v. LISY CORP.

Case No.: 1:09-cv-23857
United States District Court, Southern District of Florida

| | |
|---|---|
| John Cyril Malloy, III<br>jcmalloy@malloylaw.com<br>Meredith Frank Mendez<br>mmendez@malloylaw.com<br>MALLOY & MALLOY, P.A.<br>2800 S.W. 3rd Avenue<br>Miami, FL 33129<br>Telephone: (305) 858-8000<br>Facsimile: (305) 858-0008<br><br>Attorneys for Plaintiff<br>Notices of Electronic Filing<br>generated by<br>CM/ECF | Richard E. Mitchell<br>rmitchell@gray-robinson.com<br>Karen L. Stetson<br>karen.stetson@gray-robinson.com<br>Michael D. Porter<br>mporter@gray-robinson.com<br>GRAYROBINSON, P.A.<br>1221 Brickell Avenue, Suite 1600<br>Miami, Florida 33131<br>Telephone: (305) 416-6880<br>Facsimile: (305) 416-6887<br><br>Local Counsel for Defendant<br>Notices of Electronic Filing<br>generated by<br>CM/ECF<br><br>and<br><br>Mitchell C. Stein<br>mstein@sandw.com<br>SULLIVAN & WORCESTER LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone:(212) 660-3000<br>Facsimile:(212) 660-3001<br><br>Lead Trial Counsel for Defendant<br>Notices of Electronic Filing<br>generated by<br>CM/ECF |