Case 1:09-cv-23857-JAL   Document 9-1   Entered on FLSD Docket 02/18/2010   Page 1 of 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

CASE NO. 09-23857-CIV-LENARD/TURNOFF

BADIA SPICES, INC., a Florida corporation,

    Plaintiff,

vs.

LISY CORP., a Delaware corporation,

    Defendant.
_____/

## JOINT CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, United States Code, Section 636(c), the undersigned Parties to the above-captioned civil matter, by and through their undersigned counsel, hereby voluntarily consent to have a United States Magistrate Judge decide the following matters and issue a final order or judgment with respect thereto.

| # | Matter | Yes | No |
|---|---|---|---|
| 1. | Motions concerning Discovery | ✓ | |
| 2. | Motions for Costs | ✓ | |
| 3. | Motions for Attorney's Fees | ✓ | |
| 4. | Motions for Sanctions or Contempt | | ✓ |
| 5. | Motions to Dismiss or for Judgment on the Pleadings | | ✓ |
| 6. | Motions to Certify or Decertify Class | | ✓ |
| 7. | Motions for Preliminary Injunction | | ✓ |
| 8. | Motions for Summary Judgment | | ✓ |
| 9. | Motions to Remand (in removal cases) | | ✓ |
| 10. | All other Pre-Trial Motions | | ✓ |
| 11. | Jury or Non-Jury Trial on Merits and Trial Motions, including Motions in Limine | | ✓ |

3/17/10
(Date)

3/19/10
(Date)

Signature of Meredith Frank Mendez
Counsel for Plaintiff

Signature of Michael D. Porter
Counsel for Defendant