UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-23857-CIV-LENARD/TURNOFF

**BADIA SPICES, INC.,** a **Florida corporation**,

    Plaintiff,
vs.

**LISY CORP., a Delaware corporation**,

    Defendant.
_____/

**ORDER OF REFERENCE OF CERTAIN MATTERS
TO MAGISTRATE JUDGE**

**THIS CAUSE** is before the Court <u>sua sponte</u>.  Pursuant to 28 U.S.C. §636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, and with the consent to jurisdiction of both parties in this suit, the above captioned cause is referred to United States Magistrate Judge William C. Turnoff to take all necessary and proper action as required by law, and to render a final Order, as appropriate, with respect to **Motions concerning Discovery, Motions for Costs, Motions for Attorney's Fees.**  Counsel shall send a copy of all motions and pleadings, and all responses thereto, directly to the Magistrate Judge at the same time that the motion or pleading is filed with the Court.

    It is further

    **ORDERED AND ADJUDGED** that the parties are directed to indicate on the first page, under the case number, of all motions as agreed above and related papers filed hereafter, that the motion is a "Consent Motion."

Case No. 09-23857-CIV-LENARD/TURNOFF

**DONE AND ORDERED** in Chambers at Miami, Florida this 22nd day of March, 2010.

                                                **JOAN A. LENARD**
                                                **UNITED STATES DISTRICT JUDGE**

Copies furnished to:    Magistrate Judge William C. Turnoff
                            Counsel of record