UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-23857-CIV-LENARD/TURNOFF

**BADIA SPICES, INC.**, a Florida corporation,

    Plaintiff,
vs.

**LISY CORP., a Delaware corporation**,

    Defendant.
_____/

## ORDER SCHEDULING MEDIATION

THE MEDIATION CONFERENCE in this matter shall be held with **Harry R. Schafer on December 7, 2010 at 10:00 a.m., at 201 S. Biscayne Blvd., Suite 1100, Miami, Florida**. This date has been agreed to by the Mediator and the Parties and shall not be rescheduled without leave of Court.

Within seven (7) days following the mediation conference, the mediator shall file a Mediation Report indicating whether all required parties were present. The report shall also indicate whether the case settled (in full or in part), was continued with the consent of the parties, or whether the mediator declared an impasse.

**DONE AND ORDERED** in Chambers at Miami, Florida this 6th day of May, 2010.

JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

Copies furnished to:    Magistrate Judge William C. Turnoff
                             Counsel of record