```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                      CASE NO. 1:09-cv-23857-JAL
```

BADIA SPICES, INC.,                          )
a Florida corporation,                       )
                                             )
                                             )
     Plaintiff/CounterDefendant,             )
                                             )
     vs.                                     )
                                             )
LISY CORP.,                                  )
a Delaware corporation,                      )
                                             )
     Defendant/CounterPlaintiff.             )
_____)

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff/CounterDefendant, Badia Spices, Inc. ("Badia") and Defendant/CounterPlaintiff Lisy Corp. ("Lisy"), by and through undersigned counsel and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and the parties' Settlement Agreement, hereby stipulate to the dismissal of this action with prejudice. Each party agrees to bear its own attorney's fees and costs.

Respectfully submitted and so stipulated,

| | |
|---|---|
| By: s/Meredith Frank Mendez | By: s/Mitchell C. Stein |
| John Cyril Malloy, III | Mitchell C. Stein |
| Florida Bar No. 964,220 | mstein@sandw.com |
| jcmalloy@malloylaw.com | SULLIVAN & WORCESTER LLP |
| Meredith Frank Mendez | 1290 Avenue of the Americas |
| Florida Bar No. 502,235 | New York, New York 10104 |
| mmendez@malloylaw.com | Telephone:(212) 660-3000 |
| MALLOY & MALLOY, P.A. | Facsimile:(212) 660-3001 |
| 2800 S.W. Third Avenue | |
| Miami, Florida 33129 | |
| Telephone (305) 858-8000 | and |

1

<div style="display: flex;">

Facsimile (305) 858-0008

Attorneys for Plaintiff/
CounterDefendant

Dated: September 3, 2010

Richard E. Mitchell
rmitchell@gray-robinson.com
Karen L. Stetson
karen.stetson@gray-robinson.com
Michael D. Porter
mporter@gray-robinson.com
GRAYROBINSON, P.A.
1221 Brickell Ave.
Suite 1600
Miami, Florida 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887

Attorneys for Defendant/
CounterPlaintiff

Dated: September 3, 2010

</div>

## **ORDER OF DISMISSAL WITH PREJUDICE**

THIS CAUSE came before the Court on the foregoing Stipulation of Dismissal With Prejudice in the above styled cause. Accordingly, after a careful review of the record and the Court being otherwise advised in the premises, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), it is hereby

ORDERED, ADJUDGED and DECREED as follows:

1. This case is hereby dismissed with prejudice;

2. Each party shall bear its own attorney's fees and costs;

DONE AND ORDERED in Chambers in Miami, Florida, this ____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE
Honorable Joan A. Lenard

```
                   UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA
                     CASE NO. 1:09-cv-23857-JAL
```

BADIA SPICES, INC., )
a Florida corporation, )
  )
            Plaintiff, )
  )
  vs. )
  )
LISY CORP., )
a Delaware corporation, )
  )
  )
           Defendant. )
_____)

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 3 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.


                              By: s/Meredith Frank Mendez
                                   Meredith Frank Mendez

**SERVICE LIST**

BADIA SPICES, INC. v. LISY CORP.

Case No.: 1:09-cv-23857-JAL
United States District Court, Southern District of Florida

| | |
|---|---|
| John Cyril Malloy, III<br>jcmalloy@malloylaw.comU<br>Meredith Frank Mendez<br>mmendez@malloylaw.com<br>MALLOY & MALLOY, P.A.<br>2800 S.W. 3rd Avenue<br>Miami, FL 33129<br>Telephone: (305) 858-8000<br>Facsimile: (305) 858-0008<br><br>Attorneys for Plaintiff<br>Notices of Electronic Filing<br>generated by<br>CM/ECF | Richard E. Mitchell, Esq.<br>rmitchell@gray-robinson.com<br>Karen L. Stetson, Esq.<br>karen.stetson@gray-robinson.com<br>Michael D. Porter, Esq.<br>mporter@gray-robinson.com<br>GRAYROBINSON, P.A.<br>1221 Brickell Avenue, Suite 1600<br>Miami, Florida 33131<br>Telephone: (305) 416-6880<br>Facsimile: (305) 416-6887<br><br>Local Counsel for Defendant<br>Notices of Electronic Filing<br>generated by<br>CM/ECF<br><br>and<br><br>Mitchell C. Stein, Esq.<br>mstein@sandw.com<br>SULLIVAN & WORCESTER LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone:(212) 660-3000<br>Facsimile:(212) 660-3001<br><br>Lead Trial Counsel for Defendant<br>Notices of Electronic Filing<br>generated by<br>CM/ECF |